**Motion Granted and Order filed March 27, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00903-CV**

_____

**THE CITY OF HOUSTON, Appellant**

**V.**

**YOUNG SONG AND GINGER SONG, D/B/A WHEEL BURGER, GENE NAZLANKIN D/B/A SILBER ROAD AUTO, AND WORLD CATERING, INC.,**
**Appellees**

**On Appeal from County Civil Court at Law No.4**
**Harris County, Texas**
**Trial Court Cause No. 994,712**

## O R D E R

Appellees' brief was filed on March 8, 2012. Appellant filed a motion to strike or order correction of appellees' brief on the grounds it fails to include adequate record references. The motion is GRANTED.

Appellees have failed to substantially comply with Rule 38 of the Texas Rules of Appellate procedure. In particular, appellees have failed to provide adequate citations to the record. Tex. R. App. P. 38.1(g).

Accordingly, pursuant to Rule 38.9(b), the court orders appellees to rebrief. *See* Tex. R. App. P. 38.9(b). Appellees' amended brief is due on or before **April 26, 2012.** Appellant's reply brief shall be due 20 days after appellees' amended brief is filed.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.